# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01283-REB-MEH

UNITED STATES OF AMERICA,

    Petitioner,

v.

DANNY R. CALL,

    Respondent.

## FINAL ENFORCEMENT ORDER

Having considered the United States' **Petition to Enforce Internal Revenue Service Summons** [#1] filed June 16, 2008, and accompanying exhibits, this court finds as follows:

    1.    That on February 22, 2008, the Internal Revenue Service ("IRS") issued a summons to Danny R. Call (hereafter "Respondent");

    2.    That the IRS summons was issued to Respondent for a legitimate purpose to obtain information concerning the determination of the federal income tax liability for the years ending December 31, 2000; December 31, 2001; December 31, 2002; December 31, 2003; December 31, 2004; December 31, 2005; and December 31, 2006;

    3.    That the above-listed tax periods were specified in the IRS summons served on Respondent;

4. That te testimony, records, and documents demanded by the IRS summons are not in the possession of the IRS;

5. That the administrative steps required by the Internal Revenue Code for the issuance of the summons have been completed and satisfied;

6. That as indicated in the Declaration of Service (Doc. 3), Respondent was served on July 10, 2008, with an Order to Show Cause that was issued by the Court on June 17, 2008 and a copy of the Petition;

7. That as of this date, Respondent has failed to comply with the IRS summons; and

8. That Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the IRS summons.

**THEREFORE, IT IS ORDERED** as follows:

1. That the United States' **Petition to Enforce Internal Revenue Service Summons** [#1] filed June 16, 2008, is granted; and

2. That Respondent shall comply with and obey the IRS summons served upon him by appearing at the IRS office at 400 Rood Ave., Suite 106, Grand Junction, Colorado 81501, before Revenue Officer Frank Long, telephone number (970) 241-5889 ext. 252 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than September 2, 2008, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the IRS summons.

On entry of this order, this case shall be closed, and Judgment shall be entered in favor of the Petitioner.

Dated August 1, 2008.

       **BY THE COURT:**

       <u>**s/ Robert E. Blackburn**</u>
       **ROBERT E. BLACKBURN**
       **UNITED STATES DISTRICT JUDGE**